[No. 36336-4-II. Division Two. November 18, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. S.A.W., *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 06-8-00255-1, Richard C. Adamson, J. Pro Tem., entered March 20, 2007. *Reversed* and *remanded* by unpublished opinion per Van Deren, C.J., concurred in by Hunt and Quinn-Brintnall, JJ. Now published at 147 Wn. App. 832.

[No. 26224-3-III. Division Three. November 18, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. SENIOR ASSET PRESERVATION SERVICES, INC., ET AL., *Defendants*, JOHN SCHLABACH, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-2-02479-4, Harold D. Clarke III, J., entered May 18, 2007. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, A.C.J., and Brown, J.

[No. 26455-6-III. Division Three. November 18, 2008.]

THE DEPARTMENT OF NATURAL RESOURCES, *Respondent*, v. LEONARD BROWNING ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 07-2-00129-4, Rebecca M. Baker, J., entered August 16, 2007. *Affirmed in part* and *reversed in part* by unpublished opinion per Kulik, J., concurred in by Schultheis, C.J., and Korsmo, J. Now published at 148 Wn. App. 8.

[No. 26513-7-III. Division Three. November 18, 2008.]

*In the Matter of the Marriage of* KAREN K. HANSON, *Respondent*, and FRANK E. HANSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-3-01933-2, Harold D. Clarke III, J., entered October 9, 2007. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Korsmo, J.